**Opinion filed August 11, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00177-CR

_____

## DARYL WAYNE WRIGHT, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-38,107**

### MEMORANDUM  OPINION

Daryl Wayne Wright has filed in this court a motion to withdraw notice of appeal and dismiss appeal.  Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 11, 2011

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.